UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE GRAVITY IMAGING LLC,

    Interested Party.

Case No. 23-cv-51389
Hon. Matthew F. Leitman

_____/

## ORDER DENYING GOVERNMENT'S MOTION COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY FROM GRAVITY IMAGING

The Government's Motion to Compel Documents and Testimony from Gravity Imaging (ECF No. 1) is **DENIED WITHOUT PREJUDICE**. A representative of Gravity Imaging indicated that they would comply with the Government's subpoena for documents and testimony.

    IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126